IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL GREENE,

    Petitioner,                    No. CIV S-10-2433 DAD P

    vs.

J.W. HAVILAND, Warden,

    Respondent.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Rule 2(c)(5) of the Rules Governing Section 2254 Cases requires that the petition be signed under penalty of perjury by petitioner. Petitioner has not signed the form petition or the attached typewritten petition and memorandum of points and authorities. Therefore, the petition will be dismissed and petitioner will be ordered to file an amended petition. Petitioner may resubmit the same typewritten petition and memorandum of points and authorities as an attachment, but he must complete and sign the form petition provided by the Clerk of the Court.

        In addition, petitioner has not filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the

/////

1

1  opportunity to either submit the appropriate affidavit in support of a request to proceed in forma
2  pauperis or submit the appropriate filing fee.
3       In accordance with the above, IT IS HEREBY ORDERED that:
4       1. Petitioner's petition for writ of habeas corpus (Doc. No. 1), filed on September
5  10, 2010, is dismissed;
6       2. Petitioner is granted thirty days from the date of service of this order to file an
7  amended petition that complies with the requirements of the Federal Rules of Civil Procedure;
8  the amended petition must bear the docket number assigned this case and must be labeled
9  "Amended Petition;" petitioner must use the form petition provided by the Clerk of the Court;
10      3. Petitioner shall submit, within thirty days from the service of this order, an
11 affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;
12      4. The Clerk of the Court is directed to send petitioner a copy of the form petition
13 for a writ of habeas corpus and the application for proceeding in forma pauperis used by this
14 district; and
15      5. Petitioner's failure to comply with this order will result in the dismissal of this
16 action.
17 DATED: September 20, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
gree2433.101a

2